229 So.2d 350

**Carolyn Gay LABOUISSE**

v.

**Harwood KOPPEL.**

**No. 50240.**

Nov. 26, 1969.

In re: Carolyn Gay Labouisse applying for certiorari, or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans, 229 So.2d 161.

The application is denied. The dismissal of plaintiff's suit is correct.

■

229 So.2d 350

**CITY OF HOUMA**

v.

**LOUISIANA POWER & LIGHT COMPANY.**

**No. 50261.**

Dec. 11, 1969.

In re: Louisiana Power & Light Company applying for writs of certiorari, prohibition and mandamus, 229 So.2d 202.

Writs refused. Applicant has an adequate remedy by appeal in the event of an adverse judgment.